1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   SHADID AL-BARR aka               CASE NO. 1:03-CV-6148-REC-SMS-P
DWAYNE X. HARMON,

10                               ORDER DIRECTING DEFENDANTS TO FILE
               Plaintiff,        A RESPONSE TO PLAINTIFF'S COMPLAINT

11

12    v.                          (Docs. 1 and 45)

GAIL LEWIS, et al.,

13

              Defendants.
14 _____/

15

16      On October 12, 2005, Judge Coyle denied defendants Lewis, Bonilla, and Smith's motion

17 to dismiss.  (Doc. 45.)  Accordingly, within **thirty (30) days** from the date of service of this order,

defendants shall file a response to plaintiff's complaint.  Fed. R. Civ. P. 12.

18

19

20 IT IS SO ORDERED.

21 **Dated:**   **October 17, 2005**           **/s/ Sandra M. Snyder**
   i0d3h8                        UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28