IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHADID AL-BARR aka DWAYNE X. HARMON,** | NO. 1:03-CV-6148 REC SMS P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **GAIL LEWIS, et al.,** | **(Doc. 55)** |
| Defendants. | |

Defendant's first request for an extension of time to respond to Plaintiff's First and Second Requests for Production of Documents was considered by the Court, and good cause appearing, Defendant's request is granted.

IT IS HEREBY ORDERED that Defendants shall have until February 24, 2006 to file their responses to Plaintiff's written discovery requests.

IT IS SO ORDERED.

**Dated:   February 22, 2006**          /s/ Sandra M. Snyder
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE

Proposed Order

1