# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADID AL-BARR aka DWAYNE X. HARMON,<br><br>    Plaintiff,<br><br>  v.<br><br>GAIL LEWIS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-CV-6148-REC-SMS-P<br><br>ORDER STRIKING MOTIONS TO COMPEL<br><br>(Docs. 58-62) |

On March 13, 2006, plaintiff filed five motions to compel. (Docs. 58-62.) Pursuant to the discovery and scheduling order issued on November 23, 2005, "a motion to compel must be accompanied by 'a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action.' A discovery motion that does not comply with all applicable rules will be stricken and may result in imposition of sanctions." (Doc. 54, ¶5.) Plaintiff's motions do not comply with this requirement and are therefore HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

**Dated:   March 17, 2006**             /s/ Sandra M. Snyder
icido3                      UNITED STATES MAGISTRATE JUDGE

1