IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADID AL-BARR aka DWAYNE X. HARMON,<br><br>Plaintiff,<br><br>v.<br><br>GAIL LEWIS, et al.,<br><br>Defendants. | CASE NO. 1:03-CV-06148 AWI SMS<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTION**<br><br>**Document No. 68** |

On September 28, 2006, defendants filed their first motion for an extension of time to file a pre-trial dispositive motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that all parties have forty-five (45) days from the date of service of this order to file pretrial dispositive motions.

IT IS SO ORDERED.

**Dated:   October 13, 2006**          /s/ Sandra M. Snyder
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE