IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHADID AL-BARR aka DWAYNE X. HARMON,**<br><br>             Plaintiff,<br><br>      v.<br><br>**GAIL LEWIS, et al.,**<br><br>             Defendants. | CASE NO. 1:03-CV-06148 AWI SMS<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR THIRTY-DAY EXTENSION OF PRE-TRIAL DISPOSITIVE MOTION DEADLINE**<br><br>**Document No. 70** |

On November 13, 2006, defendants filed a second motion to extend time to file pre-trial dispositive motions. Defendants' motion is GRANTED, and all parties have **thirty (30) days** from the date of service of this order to file pretrial dispositive motions.

IT IS SO ORDERED.

**Dated:   November 27, 2006**          /s/ Sandra M. Snyder
i0d3h8                                               UNITED STATES MAGISTRATE JUDGE