1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADID AL-BARR aka<br>DWAYNE X. HARMON, | CASE NO. 1:03-cv-06148-LJO-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR COPY OF<br>DEPOSITION TRANSCRIPT |
| v. | (Doc. 75) |
| GAIL LEWIS, et al., | ORDER GRANTING MOTION FOR COPY OF<br>MOTION FOR SUMMARY JUDGMENT, |
| Defendants. | AND DIRECTING CLERK'S OFFICE TO<br>SERVE PLAINTIFF WITH DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT |
| | (Doc. 75) |
| | ORDER REQUIRING PLAINTIFF TO FILE<br>OPPOSITION OR STATEMENT OF NON-<br>OPPOSITION TO MOTION FOR SUMMARY<br>JUDGMENT WITHIN THIRTY DAYS |
| _____/ | |

Plaintiff Shadid Al-Barr aka Dwayne X. Harmon ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 27, 2006, defendants filed a motion for summary judgment. On February 5, 2007, plaintiff filed a motion seeking a copy of the transcript of his deposition and a copy of defendants' motion for summary judgment. For reasons unclear to the court, the copy of the motion defendants served on plaintiff was returned by the postal service.

The officer before whom the deposition was conducted must furnish a copy of the deposition to plaintiff *upon payment of reasonable charges*. Fed. R. Civ. P. 30(f)(2) (emphasis added). However, there is no provision under the Federal Rules of Civil Procedure or the Local Rules for free

1

1    copies of deposition transcripts.  Further, the expenditure of public funds on behalf of an indigent

2    litigant is proper only when authorized by Congress, and the in forma pauperis statute does not

3    authorize the expenditure of public funds for the purpose sought by plaintiff in the instant motion.

4    See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted).  Therefore, plaintiff's motion

5    for a free copy of the deposition transcript must be denied.

6              Plaintiff's motion for a copy of defendants' motion for summary judgment shall be granted.

7    Plaintiff has thirty days from the date of service of this order within which to file an opposition or

8    a statement of non-opposition to defendants' motion.

9              Based on the foregoing, it is HEREBY ORDERED that:

10        1.        Plaintiff's motion for a free copy of the transcript of his deposition, filed February

11                  5, 2007, is DENIED;

12        2.        Plaintiff's motion for a copy of defendants' motion for summary judgment, filed

13                  February 5, 2007, is GRANTED;

14        3.        The Clerk's Office shall serve plaintiff with a copy of defendants' motion for

15                  summary judgment; and

16        4.        Within **thirty (30) days** from the date of service of this order, plaintiff shall file an

17                  opposition or a statement of non-opposition to defendants' motion for summary

18                  judgment.

19

20    IT IS SO ORDERED.

21    **Dated:    March 20, 2007**                        **/s/ Sandra M. Snyder**
      icido3                                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28