1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9

SHADID AL-BARR aka
DWAYNE X. HARMON,

CASE NO. 1:03-cv-06148-LJO-SMS PC

10

                        Plaintiff,

ORDER GRANTING PLAINTIFF'S MOTION
FOR AN EXTENSION OF TIME TO FILE AN
OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

11

   v.

12

GAIL LEWIS, et al.,

(Doc. 78)

13

                      Defendants.

14

_____/

15
16

       Plaintiff Shadid Al-Barr aka Dwayne X. Harmon ("plaintiff") is proceeding pro se and in

17

forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 23, 2007, plaintiff

18

filed a motion seeking an extension of time to file an opposition to defendants' motion for summary

judgment.

19
20

       Good cause having been shown, plaintiff's motion is HEREBY GRANTED, and plaintiff

21

shall file his opposition within **thirty (30) days** from the date of service of this order.

22
23

IT IS SO ORDERED.

**Dated:**   **April 25, 2007**                **/s/ Sandra M. Snyder**

24

                                       UNITED STATES MAGISTRATE JUDGE

25
26
27
28