# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADID AL-BARR aka DWAYNE X. HARMON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GAIL LEWIS, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:03-cv-06148-LJO-SMS PC<br><br>ORDER STRIKING REPLY AS UNTIMELY<br><br>(Doc. 81) |

　　Defendants filed a motion for summary judgment on December 27, 2006, and after obtaining an extension of time, plaintiff filed an opposition on May 30, 2007. On June 12, 2007, defendants filed an untimely reply. Local Rule 78-230(m). Defendants neither filed a motion seeking an extension of time to reply prior to June 12, 2007, nor filed a motion with their reply seeking leave of court to file the reply out of time.

　　Defendants' reply is HEREBY STRICKEN because it is untimely and defendants did not obtain leave of court to file an untimely reply.

IT IS SO ORDERED.

Dated:　　June 14, 2007　　　　　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1