# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADID AL-BARR aka DWAYNE X. HARMON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GAIL LEWIS, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:03-cv-06148-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 74 and 83)<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE TO BE SET FOR TRIAL |

　　　　Plaintiff Shadid Al-Barr aka Dwayne X. Harmon ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On July 3, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On August 1, 2007, defendants filed an Objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 3, 2007, is adopted in full;
2. Defendants' motion for summary judgment, filed December 27, 2006, is GRANTED IN PART and DENIED IN PART as follows:
    a. Defendants' motion for summary adjudication on plaintiff's free exercise and equal protection claims arising from plaintiff's inability to access the prison chapel for religious study groups in 1999 is GRANTED;
    b. Defendants' motion for summary adjudication on plaintiff's free exercise claim arising out of exclusion from the privilege programs in 1999 is GRANTED;
    c. Defendant Smith's motion for summary adjudication on plaintiff's equal protection claim arising out of exclusion from the privilege programs in 1999 is GRANTED;
    d. Defendants Lewis and Bonilla's motion for summary adjudication on plaintiff's equal protection claim arising out of exclusion from the privilege programs in 1999 is DENIED;
    e. Defendants Lewis and Bonilla's motion for summary adjudication on plaintiff's equal protection claim arising out of exclusion from the privilege programs in 1999 on qualified immunity grounds is DENIED; and
    f. Defendants' motion for summary adjudication on plaintiff's free exercise and equal protection claims arising from plaintiff's exclusion from the 2003 Eid-ul-Adha festival is GRANTED; and
3. This matter is referred back to the Magistrate Judge to be set for jury trial on plaintiff's surviving equal protection claim against defendants Lewis and Bonilla.

IT IS SO ORDERED.

**Dated:   August 21, 2007**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE