# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADID AL-BARR aka DWAYNE X. HARMON,<br><br>        Plaintiff,<br><br>  v.<br><br>LEWIS and BONILLA,<br><br>        Defendants.<br>_____ / | CASE NO. 1:03-cv-06148-LJO-SMS PC<br><br>**ORDER ADVANCING TELEPHONIC TRIAL CONFIRMATION HEARING FROM 8:30 A.M. TO 8:15 A.M.**<br><br>**Date:**     May 13, 2008<br>**Time**     8:15 a.m.<br>**Courtroom:**     4 (LJO) |

    Due to a scheduling conflict, the telephonic trial confirmation hearing set for Tuesday, May 13, 2008, is HEREBY ADVANCED from 8:30 a.m. to 8:15 a.m.

IT IS SO ORDERED.

**Dated:**   **May 7, 2008**                      /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE