# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADID AL-BARR aka DWAYNE X. HARMON, | CASE NO. 1:03-cv-06148-LJO-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS FOR WITNESSES AND EXHIBITS |
| v. | (Docs. 98 and 99) |
| GAIL LEWIS, et al., | |
| Defendants. / | |

This matter is set for jury trial on June 2, 2008, at 8:30 a.m. On May 13, 2008, Plaintiff filed motions seeking leave to call witnesses and introduce exhibits at trial. Pursuant to the Second Scheduling Order, Plaintiff was required to list his witnesses and exhibits in his Pretrial Statement.[1] Plaintiff did not do so and as a result, pursuant to the Pretrial Order, he may not call any witnesses other than himself and Defendants' witnesses or introduce any of his own exhibits absent a showing

///
///
///
///

---

[1] The Court provided Plaintiff with a copy of Local Rule 16-281, which sets forth what is to be included in the Pretrial Statement. Plaintiff was also notified of the procedures for obtaining witnesses.

1

of manifest injustice.[2] Neither motion makes a showing of manifest injustice and the motions must therefore be DENIED.

IT IS SO ORDERED.

Dated:   **May 15, 2008**                              /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

---

[2] As set forth in the Pretrial Order, "Defendants are not required to call all of the witnesses listed. However, as has been the Court's general practice in cases such as this, witnesses the defense plans to call shall be present on June 2, 2008, by 9:00 a.m. and shall be available for Plaintiff to call for direct examination." (Doc. 92, pg. 7, fn. 5.) Although not guaranteed, it is likely that Plaintiff will be able to call Defendants Lewis and Bonilla, and Chaplain Salaam, in addition to testifying himself.

2